UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM,<br><br>    Defendant. | No. 2:19-cv-01872 KJM AC (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per in forma pauperis. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On October 21, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 8. Plaintiff has filed objections to the findings and recommendations. ECF No. 9.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 21, 2019, are adopted in full;

/////

1

2. The complaint, ECF No. 1, is DISMISSED with prejudice under 28 U.S.C. 1915(e)(2);

3. The motion for a preliminary injunction, ECF No. 4, is DENIED as MOOT; and

4. The Clerk of Court close this case.

DATED: February 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE